# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1115
_____

Timothy L. Ashford; Timothy L. Ashford, PC LLO

*Plaintiffs - Appellants*

v.

Marcena Hendrix, in her official capacity and her individual capacity; State of
Nebraska; Douglas County; John Does, 1-100; Jane Does, 1-100

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: November 29, 2022
Filed: December 12, 2022
[Unpublished]

_____

Before BENTON, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Timothy Ashford and his law firm, Timothy Ashford, PC LLO, appeal following the district court's[1] adverse grant of summary judgment in their pro se action raising claims under federal and state law. Following a careful review, we conclude that the district court did not err in dismissing some defendants, see Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (dismissal under Federal Rule of Civil Procedure 12(b)(6) is reviewed de novo); granting judgment for the remaining defendant, Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo); or denying Ashford's recusal motions, see Moran v. Clarke, 296 F.3d 638, 648 (8th Cir. 2002) (en banc) (recusal decision is reviewed for abuse of discretion). Accordingly, we deny appellants' pending motions and affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Buescher, United States District Court for the District of Nebraska.